Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−16899−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter M Gilk                                        Samantha Gilk
   14 Spectrum Ct.                                14 Spectrum Court
   Jackson, NJ 08527                         Jackson, NJ 08527

Social Security No.:
   xxx−xx−3419                                       xxx−xx−0522

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/12/19
Time:           10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 17, 2019
JAN: wdr

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16899-KCF
Peter M Gilk                                                              Chapter 13
Samantha Gilk
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 17, 2019
                              Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db          +Peter M Gilk,   14 Spectrum Ct.,   Jackson, NJ 08527-2914
jdb         +Samantha Gilk,   14 Spectrum Court,   Jackson, NJ 08527-2914
518164239   +Capital One Auto Finance,   Po Box 259407,   Plano, TX 75025-9407
518164243   +First Premier Bank,   Attn: Bankruptcy,   Po Box 5524,   Sioux Falls, SD 57117-5524
518164247   +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
518164249   +Wells Fargo,   PO Box 6426,   Carol Stream, IL 60197-6426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:20     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:16     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518164240   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 18 2019 00:50:15
               Credit Collection Services,   Attn: Bankruptcy,   725 Canton St,   Norwood, MA 02062-2679
518164241   +E-mail/Text: bknotice@ercbpo.com Apr 18 2019 00:49:26     ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518164244   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2019 00:49:14     Midland Funding,
               2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518164245   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 00:56:21
               Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518164248    E-mail/Text: jennifer.chacon@spservicing.com Apr 18 2019 00:50:29
               Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City, UT 84165-0450
518178096   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2019 00:54:55      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518164242*  +ERC/Enhanced Recovery Corp,   Attn: Bankruptcy,   8014 Bayberry Road,
               Jacksonville, FL 32256-7412
518164246*  +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
           Series 2006-FR3 rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Joint Debtor Samantha   Gilk rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Robert C. Nisenson    on behalf of Debtor Peter M Gilk rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5