UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Peter M. Gilk
Samantha Gilk

Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-16899

Chapter:  13

Judge:  Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/23/19_____ :

Property:     14 Spectrum Ct., Jackson, NJ 08527

Creditor:     SPS

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Robert C. Nisenson_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/23/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Peter M Gilk  
Samantha Gilk  
    Debtors

Case No. 19-16899-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
db/jdb       +Peter M Gilk,   Samantha Gilk,   14 Spectrum Ct.,   Jackson, NJ 08527-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for  
            Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,  
            Series 2006-FR3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for  
            Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,  
            Series 2006-FR3 rsolarz@kmllawgroup.com  
           Robert C. Nisenson    on behalf of Joint Debtor Samantha  Gilk rnisenson@aol.com,  
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
           Robert C. Nisenson    on behalf of Debtor Peter M Gilk rnisenson@aol.com,  
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 6