| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 |
| In Re:<br>　　　Samatha Gilk<br>　　　Peter M. Gilk |



Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   19-16899
Chapter     13
Judge:       Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Wells Fargo Bank,National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as, 14 Spectrum Court , Jackson NJ 08527**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-16899-MBK
Peter M Gilk                                                                    Chapter 13
Samantha Gilk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.
db/jdb          +Peter M Gilk,    Samantha Gilk,    14 Spectrum Ct.,    Jackson, NJ 08527-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
           Series 2006-FR3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
           Series 2006-FR3 rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Joint Debtor Samantha  Gilk rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Robert C. Nisenson    on behalf of Debtor Peter M Gilk rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 6