Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16899−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter M Gilk
14 Spectrum Ct.
Jackson, NJ 08527

Samantha Gilk
14 Spectrum Court
Jackson, NJ 08527

Social Security No.:
xxx−xx−3419

xxx−xx−0522

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on November 13, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-16899-MBK
Peter M Gilk                                                            Chapter 13
Samantha Gilk
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db/jdb         +Peter M Gilk,   Samantha Gilk,   14 Spectrum Ct.,   Jackson, NJ 08527-2914
aty            +Jessica Gavin,   KML Law Group, PC,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:43     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2019 00:21:31     SPS,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
518164239      +EDI: CAPONEAUTO.COM Nov 15 2019 04:13:00     Capital One Auto Finance,   Po Box 259407,
                 Plano, TX 75025-9407
518233113      +EDI: AISACG.COM Nov 15 2019 04:13:00     Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518237977      +EDI: AISACG.COM Nov 15 2019 04:13:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518164240      +EDI: CCS.COM Nov 15 2019 04:13:00     Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,   Norwood, MA 02062-2679
518164241      +E-mail/Text: bknotice@ercbpo.com Nov 15 2019 00:20:46     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518164243      +EDI: AMINFOFP.COM Nov 15 2019 04:13:00     First Premier Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
518164244      +EDI: MID8.COM Nov 15 2019 04:13:00     Midland Funding,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518164245      +EDI: PRA.COM Nov 15 2019 04:13:00     Portfolio Recovery,   Po Box 41021,
                 Norfolk, VA 23541-1021
518237297      +EDI: JEFFERSONCAP.COM Nov 15 2019 04:13:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518164247      +EDI: DRIV.COM Nov 15 2019 04:13:00     Santander Consumer USA,   Attn: Bankruptcy,
                 Po Box 961245,   Fort Worth, TX 76161-0244
518189980      +EDI: DRIV.COM Nov 15 2019 04:13:00     Santander Consumer USA Inc.,   P.O. Box 560284,
                 Dallas, TX 75356-0284
518164248       E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2019 00:21:31
                 Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City, UT 84165-0450
518178096      +EDI: AIS.COM Nov 15 2019 04:13:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518281738      +EDI: AIS.COM Nov 15 2019 04:13:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518164249      +EDI: WFFC.COM Nov 15 2019 04:13:00     Wells Fargo,   PO Box 6426,
                 Carol Stream, IL 60197-6426
518301242       E-mail/Text: jennifer.chacon@spservicing.com Nov 15 2019 00:21:31
                 Wells Fargo Bank, National Association Et Al...,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518164242*     +ERC/Enhanced Recovery Corp,   Attn: Bankruptcy,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
518164246*     +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 2 of 2              Date Rcvd: Nov 14, 2019
                                  Form ID: 148                Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
               Series 2006-FR3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
               Series 2006-FR3 rsolarz@kmllawgroup.com
              Robert C. Nisenson     on behalf of Joint Debtor Samantha   Gilk rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson     on behalf of Debtor Peter M Gilk rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```