UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732)238-8777
Robert C. Nisenson
RCN 6680

In Re:

      Peter M Gilk & Samantha Gilk

DEBTOR

**Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-16899

Hearing Date: November 13, 2019

Judge: Michael B. Kaplan

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: November 13, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10E Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case No.: 19-16899 |
| | : | Chapter 13 |
| Peter M Gilk & Samantha Gilk | : | |
| | : | |
| | : | |
| | : | **ORDER DISMISSING BANKRUPTCY** |
| Debtor. | : | |
| _____ | : | |

    This matter having been opened to the Court by Robert C. Nisenson, Esq., of the law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order dismissing the bankruptcy pursuant to 11 U.S.C. Section 707 and for good cause shown;

    It is on the    , day of , 2019;

    **ORDERED** that the Debtor's bankruptcy case is hereby dismissed and any discharge in this matter is revoked.

    **ORDERED** that the Debtor's bankruptcy case is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16899-MBK
Peter M Gilk                                                              Chapter 13
Samantha Gilk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1           Date Rcvd: Nov 14, 2019
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db/jdb          +Peter M Gilk,   Samantha Gilk,   14 Spectrum Ct.,   Jackson, NJ 08527-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
       Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
       Series 2006-FR3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
       Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates,
       Series 2006-FR3 rsolarz@kmllawgroup.com
        Robert C. Nisenson    on behalf of Joint Debtor Samantha  Gilk rnisenson@aol.com,
       nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        Robert C. Nisenson    on behalf of Debtor Peter M Gilk rnisenson@aol.com,
       nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6